# United States Court of Appeals
## For the First Circuit

---

No. 13-1587

KATHY RODRÍGUEZ-VIVES,

Plaintiff, Appellant,

v.

PUERTO RICO FIREFIGHTERS CORPS OF
THE COMMONWEALTH OF PUERTO RICO,

Defendant, Appellee.

---

ERRATA SHEET

The opinion of this Court issued on February 18, 2014 is amended as follows:

On page 17, lines 2-3: Insert commas after "conclusion" and "against" so that the sentence reads: "A conclusory allegation, however, is one which simply asserts a legal conclusion, such as "I was retaliated against," not a specific factual allegation, such as "my supervisor threw a book at me," that merely lacks some surrounding context.